March 14, 2008

Mr. Jefferson (Jeb) E. Boyt
Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548
Mr. Bruce Bigelow
Blazier Christensen Bigelow & Virr, PC
1500 Bank One Tower
221 West 6th Street
Austin, TX 78701-3403

RE: Case Number: 08-0098
 Court of Appeals Number: 03-07-00170-CV
 Trial Court Number:

Style: EMPLOYEES RETIREMENT SYSTEM OF TEXAS
 v.
 CARL M. PATTON

Dear Counsel:

 Today the Supreme Court of Texas granted the Unopposed Motion to Abate
Case Pending Completion of Settlement and issued the enclosed abatement
order in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Jeffrey D. |
| |Kyle |